UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VINCENT, et al.<br><br>Defendants, | No. 1:26-cv-04320-JLT-EPG<br><br>ORDER GRANTING MOTION FOR 11 DAY EXTENSION OF TIME FOR DEFENDANT RONALD VINCENT TO RESPOND TO COMPLAINT<br><br>(ECF No. 23) |

On August 3, 2026, Defendant Ronald Vincent filed a motion for an eleven (11) day extension of time to file a response to the complaint. (ECF No. 23). The motion provides the following:

> PLEASE TAKE NOTICE THAT Defendant Ronald Vincent, by and through his attorney of record, respectfully moves this Court for an order extending his time to answer or otherwise respond to the Complaint until August 14, 2026. Counsel for Plaintiff, the United States of America, has been contacted and does not oppose this request. This is Defendant's first request for an extension of this deadline.
>
> …

(*Id.*).

In addition to the motion, Defendant Ronald Vincent's counsel provided a declaration, which provided the following pertinent information in support of the motion:

> Plaintiff the United States of America filed the Complaint on June 5, 2026, asserting claims under 26 U.S.C. §§ 7401 and 7403 to reduce federal tax assessments to judgment and to foreclose federal tax liens on certain real property. Ronald Vincent was named as a Defendant, in his capacity as trustee of two trusts that may claim an interest in two of the properties at issue. See Complaint, ¶7.
>
> Defendant Ronald Vincent was served with the Summons and Complaint on or about June 12, 2026. Based on that service date, his response is therefore past due. Mr. Vincent seeks a brief extension of the deadline to respond.

> Good cause supports the requested extension. Mr. Vincent was not able to engage counsel to represent him in this matter until after his time to respond to the Complaint had lapsed. Defendant and his counsel therefore require additional time to review the Complaint and supporting materials and to prepare an appropriate response. The Complaint concerns a decades-long chain of real property transfers and multiple entities, and the short extension is required for Mr. Vincent to provide a considered response.
>
> On July 23, 2026, Defendant Ronald Vincent's undersigned counsel spoke with counsel for Plaintiff, Matthew Uhalde of the U.S. Department of Justice, Tax Litigation Branch by telephone and requested a brief extension of time for Mr. Vincent to respond to the Complaint. See Declaration of Constance J. Yu, ¶ 3. On July 31, 2026, Mr. Uhalde confirmed by email that the United States does not oppose extending Mr. Vincent's time to respond to the Complaint to August 14, 2026, and that Defendant may state in his motion that the Plaintiff does not oppose a motion requesting this relief.
>
> …

(*Id.* at 3)

In light of the motion and the supporting declaration, the Court shall grant Defendant Ronald Vincent's motion for an eleven-day (11) extension of time and HEREBY ORDERS Mr. Vincent to file an answer or other responsive pleading to the complaint no later than August 14, 2026.

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE