DOUGLAS T. SLOAN (SBN 194996)
County Counsel
MARIAM PAMBUKYAN (SBN 343651)
Deputy County Counsel
OFFICE OF THE FRESNO COUNTY COUNSEL
2220 Tulare Street, Suite 500
Fresno, California 93721-2128
Telephone: (559) 600-3479
Email: mpambukyan@fresnocountyca.gov

Attorneys for Defendant,
County of Fresno

***Exempt from filing fee***
***Gov. Code, § 6103***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

United States of America,

Plaintiff,

v.

Jeffrey Vincent, et al.,

Defendants.

Case No. 1:26-CV-04320-EPG

**Stipulation to Priority Between the United States of America and the County of Fresno; ~~Proposed~~ Order**

Pursuant to L.R. 137 and L.R. 143, Plaintiff, the United States of America, and defendant County of Fresno ("Fresno County") agree as follows:

1. This Stipulation concerns the real property described in paragraph 12 of the United States' Complaint in this case. The real property is known as the "Fresno Property." The Fresno Property is located within Fresno County.

2. Fresno County imposes property taxes upon the assessed value of real property within the County. Any Fresno County lien on the Fresno Property shall remain until any and all real property taxes due and owing, along with all penalties and costs, are paid in full.

3. To the extent that property taxes imposed by Fresno County have become due and payable, but have not been paid, pursuant to 26 U.S.C. § 6323(b)(6), those property taxes have priority over the United States' interest in the Fresno Property. In the event the Fresno Property is sold, the United States agrees that proceeds of sale shall be applied to satisfy any

property taxes on the Fresno Property due and payable before being applied to satisfy the United States' lien.

4. The parties agree to bear their own costs and fees.

5. Fresno County was served a copy of the United States' Complaint and agrees that this Court has jurisdiction over the Fresno Property and the rest of the properties at issue in the Complaint.

6. Except as stated herein, Fresno County consents to judgment as requested in the United States' Complaint.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

7. Fresno County was named as a defendant in this action under 26 U.S.C. § 7403(b). The United States claims no monetary relief against Fresno County in this action. Unless otherwise ordered by the Court, Fresno County is not required to participate actively in this action and is excused from any future hearings and conferences in this case. Nevertheless, Fresno County shall remain a party to this action and subject to the obligation to respond to any properly served discovery requests that are propounded by the Plaintiff United States of America or by the other parties to this action. Fresno County agrees to be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

8. The United States and Fresno County jointly request the Court to approve this stipulation.

Date: September 24, 2026

DOUGLAS T. SLOAN, County Counsel

*/s/ Mariam Pambukyan*
By Mariam Pambukyan, Deputy County Counsel
*Attorneys for the County of Fresno*

Date: September 24, 2026

BRETT A. SHUMATE
Assistant Attorney General
JOSHUA WU, Deputy Assistant Attorney General

*/s/ Matt Uhalde*
MATTHEW UHALDE
Trial Attorney
United States Department of Justice

IT IS SO ORDERED.

Dated: September 25, 2026

UNITED STATES DISTRICT JUDGE